Certificate Number: 05781-MA-DE-041523162

Bankruptcy Case Number: 26-12353

05781-MA-DE-041523162

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2026, at 11:23 o'clock AM PDT, Paulo Da Cunha completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: October 5, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President